UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Rayford L. Etherton, Jr.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 07-cv-2314 (JDB) |
| v. | : | Electronically Filed |
| | : | |
| **Provost & Umphrey Law Firm LLP,** | : | |
| | : | |
| **Rubin Winston Diercks Harris & Cooke LLP,** | : | |
| | : | |
| and | : | |
| | : | |
| **Pinnacle Law Group LLC** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel of record for the Defendants:

    Provost & Umphrey Law Firm LLP

    Rubin Winston Diercks Harris & Cooke LLP

    Pinnacle Law Group LLC

                                                   s/ *Jeffrey Harris*
                                                   Jeffrey Harris, Esq., DC Bar #925545
                                                   Walter E. Diercks, DC Bar #161620
                                                   RUBIN, WINSTON, DIERCKS, HARRIS
                                                      & COOKE, LLP
                                                   Sixth Floor
                                                   1155 Connecticut Ave, N.W.
                                                   Washington, D.C. 20036
                                                   (202) 861-0870

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid to the below *pro se* Plaintiff 27th day of December, 2007.

    Rayford L. Etherton, Jr., *pro se*
    104 Frazer Court
    Mobile, AL 36607.


        s/ *Jeffrey Harris*